IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER J. PEAK and JULIE B. PEAK, individually and as next friends of their minor son, J.S.B. Peak | ) ) ) ) ) ) ) ) ) |
| v. | |
| BUMBO (PTY) LTD.[1] | |

No. 3-10-0191

O R D E R

By order entered August 12, 2010 (Docket Entry No. 35), the parties were directed to file a joint mediation report by August 1, 2011. No mediation report has been filed.

By August 19, 2011, the parties shall file a joint mediation report, indicating the potential for settlement and whether parties have participated or want to participate in ADR. The report shall also include a status report, advising whether all fact discovery has been completed in accord with the February 15, 2011, deadline, whether expert disclosures have been served in accord with the May 16, 2011, and July 15, 2011, deadlines, and whether any dispositive motion will be filed by the October 15, 2011, deadline.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 7, 2010 (Docket Entry No. 24), the plaintiffs' claims against defendants Wartburg Enterprises, Inc., Target Corporation, Inc. and Toys "R" Us-Delaware, Inc. were dismissed without prejudice.