IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WALTER J. PEAK and JULIE B. )
PEAK, individually and as next friends )
of their minor son, J.S.B. Peak ) No. 3-10-0191
)
v. )
)
BUMBO (PTY) LTD.[1] )

O R D E R

In accord with the order entered August 9, 2011 (Docket Entry No. 38), the parties filed a joint mediation report on August 17, 2011 (Docket Entry No. 39), advising that they were very close to finalizing a settlement.

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, August 24, 2011, at 11:00 a.m., central time,** to be initiated by defendant's counsel, to address whether the parties have executed a settlement and release agreement and, if not, when they anticipate doing so, and when they anticipate filing a motion for approval of the minor settlement.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 7, 2010 (Docket Entry No. 24), the plaintiffs' claims against defendants Wartburg Enterprises, Inc., Target Corporation, Inc. and Toys "R" Us-Delaware, Inc. were dismissed without prejudice.