IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WALTER J. PEAK and JULIE B. )
PEAK, individually and as next friends )
of their minor son, J.S.B. Peak ) No. 3-10-0191
)
v. )
)
BUMBO (PTY) LTD.[1] )

O R D E R

Pursuant to the order entered August 17, 2011 (Docket Entry No. 40), counsel for the parties called the Court on August 24, 2011, at which time they advised that, although they have not yet signed the settlement and release, they have reached a full settlement in this case.

By September 2, 2011, the parties shall file a joint motion for approval of the minor settlement. The parties do not believe that a hearing on the motion is necessary, unless the Court wants to schedule a hearing.[2]

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' joint motion for approval of the minor settlement to be filed by September 2, 2011.[3]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 7, 2010 (Docket Entry No. 24), the plaintiffs' claims against defendants Wartburg Enterprises, Inc., Target Corporation, Inc. and Toys "R" Us-Delaware, Inc. were dismissed without prejudice.

[2] The plaintiffs are both attorneys, who filed the complaint in this case on their own behalves and as next friends of their minor son.

[3] By order entered August 9, 2010 (Docket Entry No. 32), the pretrial conference and trial were scheduled on February 24, 2012, and February 28, 2012, respectively.